```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE TORO, on behalf of herself and all     :
others similarly situated,                     :
                                               :
                              Plaintiff,       :
                                               :
              - against -                      :
                                               :
STANLEY KORSHAK, LP,                           :
                                               :
                              Defendant.       :
------------------------------------------------------------X
```

23-CV-6604 (PGG) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff filed her complaint in this action on July 28, 2023. (Dkt. 1.) A summons was issued on July 31, 2023 (Dkt. 5) and returned executed on August 14, 2023 (Dkt. 6). Defendant's deadline to answer was September 5, 2023, but no answer has been filed.

Accordingly, by September 25, 2023, the parties shall file a status update.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     September 19, 2023
           New York, New York

Copies transmitted to all counsel of record.